IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JOY MILLER SWONKE § | |
| § | |
| v. § | CIVIL ACTION NO. G-02-460 |
| § | |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF SOCIAL SECURITY § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **REMANDED** to the Social Security Administration pursuant to 42 U.S.C. § 405(g).

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 21st day of July, 2005.

Samuel B. Kent
United States District Judge