IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOY MILLER SWONKE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-02-460 |
| | § | |
| JO ANNE BARNHART, COMMISSIONER | § | |
| OF SOCIAL SECURITY | § | |

## ORDER

Before the Court is Plaintiff Joy Miller Swonke's Unopposed Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412(d). That statute provides, in part, that:

> A Court shall award to a prevailing party [in certain suits against the United States] . . . fees and other expenses . . . unless the Court finds that the position of the United States was substantially justified.

28 U.S.C. § 2412(d)(1)(A). Attorneys who successfully represent persons seeking benefits under the Social Security Act fall within the attorney's fee provisions of the EAJA. *Herron v. Bowen*, 788 F.2d 1127 (5th Cir. 1986).

Plaintiff has submitted an itemized list of services showing that 23.45 hours were expended on this case. The EAJA provides that attorney's fees shall be limited to $125 an hour "unless the court determines that an increase in the cost of living . . . justifies a higher fee." 28 U.S.C. § 22412(d)(2)(A). However, Plaintiff has not claimed an increase in this amount based on the Department of Labor's Consumer Price Index ("CPI"), as calculated for the Galveston/Houston region, which is ordinarily done in cases of this sort. She therefore seeks attorney's fees in the amount of $2,931.25 (23.45 hours x $125). Plaintiff also claims fees of $219.93.

For all these reasons, the Court finds that Plaintiff's Motion for Attorney's Fees (Instrument No. 27) is **GRANTED** in the amount of $3,151.18.

**DONE** in Galveston, Texas, this 14th day of September, 2005.

_____
Samuel B. Kent
United States District Judge